# EXHIBIT B

36443

## CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WALCO FUNDING, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 2023 L 012436 |
| DRIVERSMART AUTO CARE, INC., NATIONWIDE VEHICLE ASSURANCE CORP. d/b/a MOTOR VEHICLE ASSURANCE, and DANIEL J. RODD, | ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS' FIRST INTERROGATORY TO PLAINTIFF

1. Identify each of WalCo Funding, LLC's members.

    a. For each individual member identified in response to Interrogatory 1, provide their names, primary residency, business addresses and citizenship.

    b. For each business entity identified in response to Interrogatory 1, provide its names, venue of incorporation, primary place of business, corporate offices, and agent of service of process.

Dated: Chicago, Illinois
January 23, 2024

Respectfully submitted,

/s/ Adam Goodman

Adam Goodman

Adam Goodman
GOODMAN TOVROV HARDY & JOHNSON LLC
105 West Madison Street, Suite 2300
Chicago, Illinois 60602
312.238.9592
312.264.2535 [fax]
agoodman@goodtov.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 23, 2024, he caused a copy of the attached **Interrogatory** to be served via e-mail upon:

Matthew R. Barrett
Maxwell A. Kling
HORWOOD MARCUS & BERK CHARTERED
500 W. Madison St., Ste. 3700
Chicago, IL 60661
mbarrett@hmblaw.com
mkling@hmblaw.com

Adam Goodman